# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

130534

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROBERT M. ROWE,
        Plaintiff-Appellant,

v

CHILDREN'S HOSPITAL OF MICHIGAN,
        Defendant-Appellee.

SC: 130534
COA: 264379
Wayne CC: 05-505661-NO

_____/

On order of the Court, the application for leave to appeal the January 20, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

s1023